AO 455 (Rev. 01/09) Waiver of Indictment

# United States District Court
### for the
### Western District of New York

**United States of America**

v.

Case No. 21-CR-6038 CJS

CHRISTOPHER TINDAL
*Defendant*

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: April 27, 2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Avik Ganguly, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE
*Judge's printed name and title*